

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00353-CV

THE PARMER FAMILY TRUST                                        APPELLANT

V.

ALAN MILLER AND SONYA                                          APPELLEES
MILLER

-----------

FROM THE 97TH DISTRICT COURT OF MONTAGUE COUNTY
TRIAL COURT NO. 2016-0462M-CV

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Motion for Nonsuit and Voluntary Dismissal of Appeal." We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant shall pay the costs of appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: BIRDWELL, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED: March 15, 2018

---

[1]*See* Tex. R. App. P. 47.4.